UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ETHAN O'CONNOR                                                                                      Plaintiff

v.                                                                              Civil Action No. 3:23CV-88-RGJ

ISHA FOODS, LLC                                                                                   Defendant

\* \* \* \* \*

### ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 20], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

December 12, 2023

Copies to: Counsel of Record