# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| ETHAN O'CONNOR, | : | Case No. 3:23-cv-00088-RGJ |
| Plaintiff | : | (Judge Rebecca Grady Jennings) |
| | : | (Magistrate Judge Colin Lindsay) |
| v. | : | |
| ISHA FOODS, LLC d/b/a McDONALD'S, | : | |
| Defendant. | : | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff Ethan O'Connor and Defendant Isha Foods, LLC d/b/a McDonald's, it is hereby ordered that all claims against Defendant in the within action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall be responsible for their own attorney's fees, litigation expenses, and costs.

SO ORDERED.

January 23, 2024

Rebecca Grady Jennings, District Judge
United States District Court

/s/ Taylor Ferguson (per e-mail authorization 1/20/2024)
Taylor Ferguson, Esq.
Biesecker Dutkanych & Macer, LLC
144 North Delaware Street
Indianapolis, Indiana  46204
Telephone:  (317) 991-4765
Fax:  (812) 424-1005
tferguson@bdlaw.com
*Trial Attorney for Plaintiff Ethan O'Connor*

- 2 -

<u>/s/ Anthony J. Caruso</u>
Anthony J. Caruso, Esq.
Kohnen & Patton LLP
201 East Fifth Street, Suite 800
Cincinnati, Ohio  45202
Telephone: (513) 381-0656
Fax:  (513) 381-5823
tcaruso@kplaw.com
*Trial Attorney for Defendant Isha Foods, LLC d/b/a McDonald's*

4876-7585-5255